UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-7585-MWF(MRWx)**                           Dated: **December 4, 2017**

Title:      Gabriela Najera -*v*- Costco Wholesale Corporation, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Rita Sanchez                        Amy Diaz
            Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

            Joseph C. Dayball, III              Michael Miretsky


**PROCEEDINGS:   PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [8]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

The Scheduling Conference set for December 11, 2017 is VACATED.

Initials of Deputy Clerk  rs

-1-                                                        : 05   min